UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN LEE RICHES, | ) |
| | ) No. CV-09-008-JLQ |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| GARY LEON RIDGWAY, et al, | ) |
| Defendant. | ) |

On January 8, 2009, the Plaintiff, an inmate at F.C.I., Williamsburg, filed what appears to be a civil complaint against the so called "Green River Killer" Gary L. Ridgway, now serving a life sentence without parole at the Washington State Penitentiary in Walla Walla, Washington. The complaint also names as Defendants literally hundreds of police officers from the Western District of Washington, allegedly involved in the Green River investigation.

*Inter alia,* the complaint states that the Defendants sent the Plaintiff a letter stating that they were "on their way to FCI Willamsburg to kidnap and kill me in a cult ritual and dump my body in the Green River." The Plaintiff herein did not pay the filing fee nor has he filed an *in forma pauperis* application despite a letter from this court to him dated January 9, 2009 informing him of that requirement.

This court is required to review prisoner complaints seeking relief against a governmental office or employee to determine whether summary dismissal is appropriate. 28 U.S.C. 1915(e). On its face, the Plaintiff's complaint herein is frivolous and not based upon any possible factual support. This court also takes notice that the Plaintiff is a prolific recreational filer of pleadings in cases in which he has no interest

ORDER - 1

throughout the federal court system and has been barred in at least one district from further filings of any kind. In the Eastern District of Washington, the Plaintiff filed an irrational pleading in a case in which he could have no possible interest. See *Holland & Knight v. DeAtley*, CV-06-278-JLQ (C.R. 578).

By reason of the foregoing, the Plaintiff's complaint shall be dismissed with prejudice by the Clerk of this court and this file closed.

The Clerk of this court shall enter this Order and judgment, forward copies to Mr. Riches, and close this file.

**DATED** this 6th day of February 2009.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2